

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Timothy Earl Johnson, Appellant

No. 06-13-00129-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42004-B). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Timothy Earl Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk